BEFORE THE SECOND DIVISION, MARCH 11, 1958

**No. 61659.**—Eugene Dietzgen Co., Inc. *v.* United States, protests 262850–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the boxes the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 61660.**—H. Bates & Co., Inc. *v.* United States, protests 993469–G, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61661.**—H. Rosenhirsch Co., Inc. *v.* United States, protests 310008–K and 312842–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.